Joel Christiansen, OSB #080561
Vogele & Christiansen
812 NW 17th Avenue
Portland, OR 97209
(503) 841-6722
joel@oremploymentlawyer.com

    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MAX ZWEIZIG,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY C. ROTE, a citizen of the state of Oregon, NORTHWEST DIRECT TELESERVICES, INC., an Oregon for-profit corporation, NORTHWEST DIRECT MARKETING OF OREGON, INC., an Oregon for-profit corporation, NORTHWEST DIRECT MARKETING, INC., an Oregon for-profit corporation, NORTHWEST DIRECT OF IOWA,INC., an Iowa for-profit corporation, ROTE ENTERPRISES, LLC, an Oregon limited liability company, NORTHWEST DIRECT MARKETING, INC., aka Northwest Direct Marketing (Delaware), Inc., a Delaware Corporation, and DOES 1 through 5,<br><br>    Defendants. | Case No.: 3:15-cv- 02401-HZ<br><br>**PLAINTIFF'S ITEMIZED STATEMENT OF ECONOMIC DAMAGES** |

Page 1 - PLAINTIFF'S ITEMIZED STATEMENT OF ECONOMIC DAMAGES

**Noneconomic/Emotional Distress Damages**

Amount sought: $150,000

Noneconomic damages will be proven through the testimony of Max Zweizig and Plaintiff's Exhibits 4-24.

**Punitive Damages**

$1,000,000

Punitive damages will be proven through the testimony of Max Zweizig, Timothy Rote, and Plaintiff's Exhibits 1-25.

Date: 12/6/17                                    /s/ Joel Christiansen

                                                                        Joel Christiansen, OSB #080561
                                                                         joel@oremploymentlawyer.com
                                                                         Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S ITEMIZED STATEMENT OF ECONOMIC DAMAGES on:

Timothy Rote
24790 SW Big Fir Rd.
West Linn, OR 97068
*Pro Se Defendant*

through the Court's electronic filing system on December 6, 2017.

/s/ Joel Christiansen
Joel Christiansen, OSB #080561
Attorney for Plaintiff
