IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MAX ZWEIZIG,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY C. ROTE, a citizen of the state of Oregon, NORTHWEST DIRECT TELESERVICES, INC., an Oregon for-profit corporation, NORTHWEST DIRECT MARKETING OF OREGON, INC., an Oregon for-profit corporation, NORTHWEST DIRECT MARKETING, INC., an Oregon for-profit corporation, NORTHWEST DIRECT OF IOWA,INC., an Iowa for-profit corporation, ROTE ENTERPRISES, LLC, an Oregon limited liability company, NORTHWEST DIRECT MARKETING, INC., aka Northwest Direct Marketing (Delaware), Inc., a Delaware Corporation, and DOES 1 through 5,<br><br>    Defendants. | Case No.: 3:15-cv- 02401-HZ<br><br>[PLAINTIFF'S PROPOSED] VERDICT FORM |

    We the jury, being first empaneled and sworn in the above entitled cause, do find as follows:

/ / / /

Page 1 - [PLAINTIFF'S PROPOSED] VERDICT FORM

**SECTION I -- LIABILITY**

**Retaliation**

(1)   Did the following Defendants unlawfully retaliate against the Plaintiff?

Timothy C. Rote                                             Northwest Direct Teleservices, Inc.

_____ Yes        _____ No         _____ Yes        _____ No

Northwest Direct Marketing of Oregon, Inc.   Northwest Direct Marketing, Inc.

_____ Yes        _____ No         _____ Yes        _____ No

Northwest Direct of Iowa, Inc.              Rote Enterprises, LLC

_____ Yes        _____ No         _____ Yes        _____ No

Northwest Direct Marketing, Inc., aka
Northwest Direct Marketing (Delaware), Inc.

_____ Yes        _____ No

**Aiding & Abetting Retaliation**

(2)   Did Defendant Timothy C. Rote aid, abet, incite, compel or coerce unlawful retaliation against the Plaintiff?

_____ Yes        _____ No

*If you answered "Yes" to any of the questions in Section I (Liability), please proceed to Section II (Damages) on the <u>NEXT PAGE</u>. If you did not answer "Yes" to any of the questions in Section I (Liability), please sign and date this verdict form and return it to the bailiff.*

Page 2 - [PLAINTIFF'S PROPOSED] VERDICT FORM

## SECTION II -- DAMAGES

### Emotional Distress Damages - Retaliation

(3) For each Defendant that unlawfully retaliated against the Plaintiff, state the amount of emotional distress damages that should be awarded to the Plaintiff as a result of the unlawful retaliation:

Timothy C. Rote

$ _____

Northwest Direct Teleservices, Inc.

$ _____

Northwest Direct Marketing of Oregon, Inc.

$ _____

Northwest Direct Marketing, Inc.

$ _____

Northwest Direct of Iowa, Inc.

$ _____

Rote Enterprises, LLC

$ _____

Northwest Direct Marketing, Inc., aka
Northwest Direct Marketing (Delaware), Inc.

$ _____

### Emotional Distress Damages - Aiding & Abetting

(4) State the amount of emotional distress damages that should be awarded to the Plaintiff as a result of Defendant Timothy C. Rote's aiding, abetting, inciting, compelling or coercing unlawful retaliation:

Timothy C. Rote

$ _____

Page 3 - [PLAINTIFF'S PROPOSED] VERDICT FORM

## **Punitive Damages**

(5) Concerning a possible award of punitive damages, did the following Defendants act with malice, or in wanton and reckless disregard of the Plaintiff's rights?

Timothy C. Rote

_____ Yes          _____ No

Northwest Direct Teleservices, Inc.

_____ Yes          _____ No

Northwest Direct Marketing of Oregon, Inc.

_____ Yes          _____ No

Northwest Direct Marketing, Inc.

_____ Yes          _____ No

Northwest Direct of Iowa, Inc.

_____ Yes          _____ No

Rote Enterprises, LLC

_____ Yes          _____ No

Northwest Direct Marketing, Inc., aka
Northwest Direct Marketing (Delaware), Inc.

_____ Yes          _____ No

*PLEASE CONTINUE TO THE NEXT PAGE*

  (6) For each Defendant you answered "Yes" in Question 5, state the amount of punitive damages that should be awarded to the Plaintiff, if any.

| | |
|---|---|
| Timothy C. Rote | Northwest Direct Teleservices, Inc. |
| $ _____ | $ _____ |
| Northwest Direct Marketing of Oregon, Inc. | Northwest Direct Marketing, Inc. |
| $ _____ | $ _____ |
| Northwest Direct of Iowa, Inc. | Rote Enterprises, LLC |
| $ _____ | $ _____ |
| Northwest Direct Marketing, Inc., aka Northwest Direct Marketing (Delaware), Inc. | |
| $ _____ | |

The presiding juror should sign and date this verdict form.

Dated this \_\_\_\_ day of January, 2018.  _____
                       Presiding Juror

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing [PLAINTIFF'S PROPOSED] VERDICT FORM on:

Timothy Rote
24790 SW Big Fir Rd.
West Linn, OR 97068
*Pro Se Defendant*

through the Court's electronic filing system on December 13, 2017.

/s/ Joel Christiansen
Joel Christiansen, OSB #080561
Attorney for Plaintiff
