UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MAX ZWEIZIG,<br><br>                        Plaintiff,<br><br>            v.<br><br>NORTHWEST DIRECT TELESERVICES, INC., *et al.*,<br><br>                        Defendants. | CASE NO. 3:15-CV-2401-HZ<br><br>VERDICT FORM |

       We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

    1. Has Plaintiff proved by a preponderance of the evidence that Defendant Rote aided and abetted Northwest Direct Teleservices in retaliating against Plaintiff?

        __X__ Yes       _____ No

        If Yes, answer Question No. 2. If No, sign and date this Verdict Form.

    2. What are Plaintiff's damages?

        Non-economic damages  $ 1,000,000

The Presiding Juror should sign and date this Verdict Form.

        DATED this __17__ day of January, 2018.

                                          █████████████████████<br>
                                                Presiding Juror

**Verdict Form – Page 1**