Timothy C. Rote  Honorable Marco Hernandez
24790 SW Big Fir Rd.
West Linn, OR 97068
Phone: (503) 702-7225
E-Mail: timothy.rote@gmail.com
*Pro Se* Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MAX ZWEIZIG, | Case No.: 3:15-CV-2401-HZ |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| TIMOTHY C. ROTE, *et al.,* | |
| Defendants. | |

**NOTICE**

Notice is hereby given that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order of Judgment entered into the record of this matter on November 20, 2018 (Docket No. 240), the jury verdict and all prior orders and decisions of this court.

We presume the court was aware that a criminal complaint was filed against Nancy Walker, court reporter, for modifying the trial transcript for the benefit of the plaintiff. The court can eliminate this ongoing issue of fraud by using a recording system, as most courts do today.

PAGE 1.   DEFENDANTS' NOTICE OF APPEAL

Dated:  November 26, 2018

                                                        s/ *Timothy C. Rote*  
                                                        Timothy C. Rote  
                                                        *Pro Se* Defendant

PAGE 2.   DEFENDANTS' NOTICE OF APPEAL

Certificate of Service

      I hereby certify that on November 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

<u>Joel Christiansen</u>

      and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                               s/ Timothy C. Rote
                               Timothy C. Rote
                               *Pro Se Defendant*
                               E-Mail: Timothy.Rote@gmail.com

PAGE 1.   CERTIFICATE OF SERVICE