Timothy C. Rote  
24790 SW Big Fir Rd.  
West Linn, OR 97068  
Phone: (503) 702-7225  
E-Mail: timothy.rote@gmail.com  
*Pro Se* Defendant

Honorable Marco Hernandez

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| MAX ZWEIZIG, | Case No.: 3:15-CV-2401-HZ |
| Plaintiff, | DEFENDANT'S NOTICE OF AMENDED APPEAL |
| vs. | |
| TIMOTHY C. ROTE, *et al.*, | |
| Defendants. | |

### NOTICE OF AMENDED APPEAL

Notice is hereby given that Defendants hereby file an amended appeal to the United States Court of Appeals for the Ninth Circuit from the order of Judgment entered into the record of this matter on November 20, 2018 (Docket No. 240), any supplemental Judgment for legal fees, the jury verdict, all orders and decisions of this court, including but not limited to the court's refusal to correct the record, the court denying defendant's Motion to Vacate For Fraud Upon The Court and the court's order to the defendant to stop publishing critiques of the proceedings.

PAGE 1.   DEFENDANTS' NOTICE OF APPEAL

The original Notice of Appeal did not by reference appear to include opinions, orders and judgments after November 20, 2018.

Dated:  December 10, 2019

                                               s/ *Timothy C. Rote*
                                               Timothy C. Rote
                                               *Pro Se* Defendant

Certificate of Service

    I hereby certify that on December 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Joel Christiansen
    Shenoa Payne

    and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

    s/ Timothy C. Rote
    Timothy C. Rote
    *Pro Se Defendant*
    E-Mail: Timothy.Rote@gmail.com

PAGE 1.    CERTIFICATE OF SERVICE