| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 23 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MAX ZWEIZIG,

       Plaintiff-Appellee,

 v.

TIMOTHY C. ROTE,

       Defendant-Appellant,

 and

NORTHWEST DIRECT TELESERVICES, INC.; et al.,

       Defendants.

No.   18-35991

D.C. No. 3:15-cv-02401-HZ
District of Oregon,
Portland

ORDER

Before: WOLLMAN,[*] FERNANDEZ, and PAEZ, Circuit Judges.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc is DENIED.

---

[*] The Honorable Roger L. Wollman, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.